

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CRYSTAL D. FOSTER,

    Plaintiff,

v.                            Civil Action No. 3:15cv253

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge Roderick C. Young. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Young within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Young shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Young.

It is so ORDERED.

                                            /s/     REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: July 31, 2015